**E-filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Pictopia.com

Plaintiff(s),

v.

Replay Photos, LLC

Defendant(s).

No. C 08-00313 JCS

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 2-6-08

Signature: Tim C. Hale

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")