Tim C. Hale (SBN 114905)
Russo & Hale LLP
401 Florence St

Palo Alto, CA 94301
650-327-9800

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

PICTOPIA.COM,

CASE NUMBER: C 08-0313 PJH

Plaintiff(s)

v.

REPLAY PHOTOS, LLC,

**NOTICE OF DISMISSAL BY PLAINTIFF**
**Rule 41(a)(1) F.R.Civ.P.**

Defendant(s)

**PLEASE TAKE NOTICE:**

[X]  The above-entitled action is

*or*

[ ]  Defendant(s)

hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: March 7, 2008

*Tim C Hale*

Plaintiff / Attorney for Plaintiff
Attorney for Plaintiff PICTOPIA.COM

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE
BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION
FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

NOTICE OF DISMISSAL BY PLAINTIFF
(Rule 41(a)(1), F.R.Civ.P.)

CV-09 (01/01)

CCD-9