Tim C. Hale (SBN 114905)
Russo & Hale LLP
401 Florence St

Palo Alto, CA 94301
650-327-9800

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| PICTOPIA.COM, | CASE NUMBER: C 08-0313 PJH |
|---|---|
| v.   Plaintiff(s) | **NOTICE OF DISMISSAL BY PLAINTIFF** |
| REPLAY PHOTOS, LLC, | Rule 41(a)(1) F.R.Civ.P. |
| Defendant(s) | |

**PLEASE TAKE NOTICE:**

[X] The above-entitled action is

  *or*

[ ] Defendant(s)

hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: March 7, 2008                         *Tim C Hale*

                                             Plaintiff / Attorney for Plaintiff
                                             Attorney for Plaintiff PICTOPIA.COM

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE
BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION
FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

3/7/08

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA